IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : | CIVIL ACTION |
| v. | : | |
| DIANA ZHOU, | : | NO. 09-03493 |

## **ORDER**

AND NOW, this 23rd day of July, 2010, after consideration of the defendant's motion to strike and to dismiss the plaintiff's amended complaint (Doc. 13), the plaintiff's response (Doc. 17), the defendant's reply (Doc. 25), and the plaintiff's sur-reply (Doc. 28), I HEREBY ORDER that:

1. The defendant's motion to strike is DENIED.

2. The defendant's motion to dismiss Count I is DENIED.

3. The defendant's motion to dismiss Count II is GRANTED.

BY THE COURT:

J. WILLIAM DITTER, JR., S.J.

11