IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIANA ZHOU | : | NO. 09-3493 |

## O R D E R

AND NOW, this 26th day of April, 2011, IT IS HEREBY ORDERED that:

1. The Bethlehem Area School District's motion to compel deposition without an interpreter and for declaration of proficiency (Dkt. No. 67) is DENIED.

2. Diana Zhou's motion for a protective order (Dkt. 68) is DENIED as moot.

3. Ms. Zhou shall be permitted to employ and use an interpreter on an as-requested basis, at her own expense, at her deposition. Ms. Zhou shall set forth on the record her need for interpretation before any interpretation is provided. This order shall have no precedential value or evidentiary effect as to any past or future proceedings involving these parties.

4. The deposition shall take place in the United States Courthouse for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106 and shall be supervised by the Honorable David R. Strawbridge. The parties shall contact Judge Strawbridge to schedule the deposition on a date when he is available.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., S.J.