IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIANA ZHOU, | : | NO. 09-CV-03493 |

**O R D E R**

AND NOW, this 27th day of September, 2011, IT IS HEREBY ORDERED that Plaintiff's motion in limine to preclude the expert testimony and report of Andrew Klein (Dkt. 91) is hereby GRANTED. Mr. Klein's report will not be considered in evaluating the parties' motions for summary judgment and he will not be permitted to testify to any legal conclusions or opinions regarding Ms. Zhou's intent. Should the District wish to call Mr. Klein at trial to testify to the IDEA processes and procedures and Ms. Zhou's use thereof, the District must provide a revised report addressing this topic and produce Mr. Klein for deposition at the District's expense.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., S.J.