IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT, | : | CIVIL ACTION |
| v. | : | |
| DIANA ZHOU, | : | NO. 09-03493 |

FILED

MAR 2 0 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 19th day of March, 2012, it is hereby ORDERED that defendant's motion for summary judgment (Dkt. 89) is GRANTED in part and DENIED in part. The District may seek attorneys' fees pursuant to the IDEA only in relation to the May 7, 2007 due process complaint. The District may present evidence of other complaints and proceedings to establish that the May 7, 2007 complaint was filed for an improper purpose.

BY THE COURT:

_____
J. WILLIAM DITTER, JR., J.