IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BETHLEHEM AREA SCHOOL DISTRICT** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **DIANA ZHOU** | : | NO. 09-CV-03493 |

**O R D E R**

AND NOW, this  9th  day of April, 2013, IT IS HEREBY ORDERED that:

1. The Bethlehem Area School District as the prevailing party is entitled to its costs incurred in connection with the due process proceedings related to M.Z.'s April 17, 2007 IEP, as modified on May 31, 2007, and ordered implemented on August 1, 2007.

2. Mrs. Zhou initiated the due process hearing relative to this IEP for an improper purpose; and therefore, the District may be entitled to attorney's fees as part of its costs.

3. On or before April 23, 2013, counsel shall meet to discuss an appropriate procedure for considering the issue of attorney's fees.

4. A procedures and scheduling conference shall be held on Tuesday, April 23, 2013, in my chambers to discuss the necessity of a hearing, a proposed briefing schedule, and such other matters as may relate to the question of attorney's fees. In addition, we will consider whether counsel wish to have oral argument on the question of the district's motion for a new trial.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.