IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | CIVIL ACTION |
| v. | : | |
| DIANA ZHOU | : | NO. 09-CV-03493 |

**O R D E R**

AND NOW, this 1st day of July, 2014, IT IS HEREBY ORDERED that:

1. Counsel shall have 20 days to submit revised petitions for attorneys' fees (with supporting memoranda of law not to exceed to 25 pages) that are limited to the time spent on the claims on which they prevailed.

2. Counsel shall have 10 days to respond to opposing counsel's petition.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.